IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*NEWPORT NEWS DIVISION*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:17cr127 |
| | ) | |
| JOSHUA D. AUSTIN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR A CONTINUANCE**

NOW COMES the United States of America, by its representative, Megan Cowles, Assistant United States Attorney, and moves the Court to grant the government's motion for a continuance in the above styled cause. In support of its motion, the United States of America asserts the following:

1. On February 21, 2018, the Defendant Joshua D. Austin entered a guilty plea to Count Two (Distribution of Child Pornography) of a ten-count criminal indictment before the Honorable Lawrence R. Leonard, United States Magistrate Judge. The Court accepted the plea, and a sentencing hearing was set for May 21, 2018.

2. The attorney for the United States is scheduled to begin a week-long jury trial before the Honorable Judge Mark A. Davis on May 15, 2018.

3. In light of the issues in this case, including the nature of the offense and specific terms of the plea agreement, the United States maintains that the assigned Assistant United States Attorney is a necessary party to the sentencing of the Defendant and substituting counsel would prejudice the government.

4.     At the time of this motion, the Defendant is on bond, subject to monitoring by the U.S. Probation Office. The United States has notified counsel for the Defendant of this motion, and the Defendant does not object to the continuance.

WHEREFORE, the United States of America respectfully requests that the Court grant its motion for a continuance of the sentencing hearing.

> Respectfully submitted,
>
> Tracey Doherty-McCormick
> Acting United States of America
>
> By: _____/s/_____
> Megan Cowles
> Assistant United States Attorney
> Attorney for the United States
> 721 Lakefront Commons, Suite 300
> Newport News, VA 23606
> Telephone: (757)591-4000
> Facsimile: (757)591-0866
> Email: Megan.Cowles@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

James O. Broccoletti, Esquire
6663 Stoney Point South
Norfolk, Virginia 23502

                                                                          By: _____/s/_____
                                                                           Megan Cowles
                                                                           Assistant United States Attorney
                                                                           Attorney for the United States
                                                                           721 Lakefront Commons, Suite 300
                                                                           Newport News, VA 23606
                                                                           Telephone: (757)591-4000
                                                                           Facsimile: (757)591-0866
                                                                           Email: Megan.Cowles@usdoj.gov